2013 JUL -2 AM 11: 55

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JEREMY ADAM DALTON,<br>Defendant. | Case No.: 12-CR-3367-BEN<br><br>**ORDER TO CLOSE INTEREST BEARING ACCOUNT AND DISBURSE FUNDS** |

THE COURT HEREBY ORDERS, that the Clerk release the amount of $150,000.00 (receipt no. 41382), plus interest, from the interest bearing account in the above entitled case to: Arthur Ray Dalton, 1808 East Hines Hill Road, Hudson, Ohio, 44236.

IT IS FURTHER ORDERED that the Clerk is authorized to deduct a fee for the handling of all funds deposited with the court and held in interest bearing accounts or instruments. The fee must be equal to that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts.

IT IS SO ORDERED.

DATED: 6/29/13

Roger T. Benitez
United States District Court Judge