FILED

APR 3 0 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  12-CR-3367-BEN |
| Plaintiff, | Hon. Roger T. Benitez |
| v. | **ORDER TERMINATING SUPERVISED RELEASE** |
| JEREMY ADAM DALTON, | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the defendant, Jeremy Adam Dalton, be terminated early from his term of supervised release in this case, effective immediately.

**IT IS SO ORDERED.**

DATED: 4/29/2019

By: _____
HONORABLE ROGER T. BENITEZ
United States District Court Judge